# UNITED STATES DISTRICT COURT
for the

U.S. DISTRICT COURT
EASTERN DISTRICT-WI

2022 FEB 14 P 2: 29

CLERK OF COURT

_____Eastern_____ Division

| | |
|---|---|
| Danielle Marie Valoe | Case No. 22-cv-182 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| All State Insurance Company | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Danielle M Valoe |
| Street Address | 3919 N 42nd St |
| City and County | Milwaukee, Milwaukee County |
| State and Zip Code | Wisconsin 53216 |
| Telephone Number | 414-526-5647 |
| E-mail Address | daniellemvaloe8976@gmail.com |

    **B.     The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Allstate Insurance Company (Johnathan Paul) |
| Job or Title *(if known)* | Insurance Adjuster |
| Street Address | 2775 Sanders Rd Suite F7 |
| City and County | Northbrook, Cook |
| State and Zip Code | Illinois, 60062 |
| Telephone Number | 847-667-6722 |
| E-mail Address *(if known)* | jpauz@allstate.com |

Defendant No. 2

| | |
|---|---|
| Name | Allstate Insurance Company (Kristina Mallek) |
| Job or Title *(if known)* | Chief Insurance Adjuster |
| Street Address | PO Box 660636 |
| City and County | Dallas, Dallas |
| State and Zip Code | Texas, 75266 |
| Telephone Number | 847-667-6555 |
| E-mail Address *(if known)* | kristina.mallek@allstate.com |

Defendant No. 3

| | |
|---|---|
| Name | Allstate Insurance Company (Thomas Wilson) |
| Job or Title *(if known)* | CEO |
| Street Address | Corp Trust Center 1209 Organge St |
| City and County | Wilmington, New Hanover County |
| State and Zip Code | Deleware 19801 |
| Telephone Number | 847-402-5000 |
| E-mail Address *(if known)* | thomas.wilson@allstate.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* Danielle Marie Valoe, is a citizen of the State of *(name)* Wisconsin.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* Allstate Insurance Company, is incorporated under the laws of the State of *(name)* Illinois, and has its principal place of business in the State of *(name)* Illinois.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* Wisconsin.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

On March 5th 2021 Mr. Paul sent a payment to Ms. Valoe for policy the limit to negotiate with a lein holder for claim # 0578600421 due to Valoe's right to full compensation. Ms Valoe had a substaintal wage loss claim in which she was entitled to compensation for her pain and discomfort. The claim exceeded policy limits. On April 28th 2021 Mr. Paul voided the original payment sent to Ms Valoe sending it back to Allstate stating it was the law in order to pay the leinholder in full. This took Ms. Valoe's right to negotiate the lein. Allstate put the burden on their policy holder paying the full amount of the lein after she already sent out a payment after negotiation with the lein holder as

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Danielle Marie Valoe , and the defendant, *(name)* Allstate Insurance Company , made an agreement or contract on *(date)* March 5th 2021 . The agreement or contract was *(oral or written)* Oral . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*

On March 5th 2021 Ms. Valoe spoke with Mr. Paul to settler her claim for policy limit. Mr. Paul stated the check was for Ms. Valoe to negotiate with the 3rd party lein holder. Mr. Paul told Ms. Valoe that she could negotiate with the 3rd party lein holder and they would send out a new check to both parties. On April 28th 2021 Allstate voided the check for policy limits and stated to Ms. Valoe that they would be paying the full amount of the lein as ordered by law. This happened after Ms. Valoe already negotiated with the leinholder and sent them the negotiated payment. This was an oral agreement between herself and Mr. Paul from March 5th, 2021 settling

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

On April 12th 2021 Kristina Mallek wrote a letter on behalf of Ms. Valoe saying that Allstate settled the claim for policy limits on March 5th 2021 and it was up to Ms. Valoe to satisy the lein. Ms. Valoe asserts that she was already in contact with the 3rd party leinholder who stated they would be willing to accept a lower amount via telephone conversation. Ms. Valoe sent out the payment to settle the lein before Allstate breached that oral agreement and voided the payment. Ms. Valoe is entitled to compensation for her wage losses as well as pain and suffering. Mr. Paul ordered that check be voided and sent out a full payment to the 3rd party leinholder.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Ms. Valoe prays that she be granted 300 million dollars from this higher court. Ms. Valoe should of been able to negotiate her lien like lawyers do. On February 17th 2021 Ms. Valoe and other passengers was in a motor vehicle accident. Ms. Valoe suffered greatly with excruciating pain causing her blood pressure to get out of control causing her to want to die due to the pain. Ms Valoe was in pain for over 6 months straight and is still experiencing symptoms of pain steming from the accident currently. Ms. Valoe had to take off work for more than 6 weeks due to the accident. Ms. Valoe was top 5 for sales every month with her company but since her injury she lost commission income and fell closer to the bottom when she returned back to work. Subsequently Ms. Valoe would have to take 4 cortisone shots to relieve the pain. The cortisone shots have thinned Ms. Valoes bones making it hard for her to walk in this present day. Ms. Valoe lost feeling to her left and right legs as well as feet for a few months and had every right to negotiate her lein. Different medication was ordered for Ms. Valoe to relieve pain which included several nerve medication. Those medications damaged Ms. Valoe's liver. Due to Allstate reneging on her right to negotiate Ms. Valoe and the circumstances leading up to it has gotten her diagnosed with PTSD. Ms. Valoe has been unable to work and has been considered disabled. Ms. Valoe has been off work since April 2021 and has not returned. Ms. Valoe states that she had plans to move out of her current living situation back in 2021 but could not due to her income dropping from her having to leave a competative position for more than 6 weeks due to the accident. Ms Valoe stated during that time she was served with a 5 day eviction notice and almost became homeless due to not being able to work . Ms Valoe states that her family expirenced significant trauma on her block. This trauma would not have happen to her family and family member if they were able to move back in 2021. Ms Valoe feared jail time for negotiating her own claim due to Mr.

Paul's revenge

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/12/2022

Signature of Plaintiff: *Danielle Valoe*
Printed Name of Plaintiff: Danielle Valoe

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

III. STATEMENT OF THE CLAIM

JOHNATHON PAUL



On March 5th, 2021 Ms. Valoe spoke with Mr. Paul to settler her claim # 0578600421. Ms. Valoe accepted the policy limit with the understanding that she was in control of negotiating with the 3rd party lienholder Benefit Recovery Group to give them a lower amount. Mr. Paul stated after various questions from Ms. Valoe on March 5th, 2021 that the check was for Ms. Valoe to negotiate a smaller amount to give to the lienholder. Mr. Paul told Ms. Valoe that she could negotiate with the 3rd party lienholder and they would send out a new check to both parties. On April 28th, 2021 Mr. Paul sent Ms. Valoe an email stating they were voiding out the original payment for policy limits to pay in full the 3rd party lienholder Benefit Recovery Group and that this was done under the contract set by law. Ms. Valoe already spoke to Darius Moore before April 28th, 2021 who is the representative for Benefit Recovery Group about accepting a lower payment towards the lien. Ms. Valoe negotiated with the lienholder and sent them the negotiated payment. There was an oral agreement between Ms. Valoe that was breached by Mr. Paul. Darius Moore the lienholder for Benefit Recovery Group told Ms. Valoe they were willing to accept a lower payment on March 31st, 2021. Also, a fax was sent out to the fax number provided by Darius Moore Benefit Recovery Group from the lien request and an email sent out to Darius Moore as it was provided during the phone conversation between Mr. Moore and Ms. Valoe on March 31st, 2021 for the negotiation for a lower payment. Ms. Valoe also mailed a copy of the letter of negotiation and payment certified mail On April 19th, 2021. A copy of the payment and the letter of negotiation for Benefit Recovery Group was sent out certified directly to Mr. Paul. On March 15th, 2021 Mr. Paul gave information to a 3rd party unaffiliated about Ms. Valoe's claim # 0578600421 without Ms. Valoe's permission when they called asking about her claim. Ms. Valoe was taken back by this as she assumed her claim was private information and protected under the consumer protection laws. Mr. Paul offered no good enough reason as to why he would give out information to the unaffiliated 3rd party on March 15th, 2021. Mr. Paul on April 28th, 2021 confirmed in an email to Ms. Valoe that he was taking the right to negotiate from Ms. Valoe and was paying the entire lien against her as it was LAW. Ms. Valoe field a complaint with the Consumer Financial Protection Bureau to try to resolve this matter. Allstate has been paying Ms. Valoe a small amount of $26.62 every other week instead of sending the entire amount owed to her in full since that filing. Mentally this has been making Ms. Valoe more unstable sending her crumbs at a time for the loss she had on February 17th, 2020 instead of sending the full amount as requested. Ms. Valoe requested Mr. Paul send her the remaining of the money from her negotiation in October 2021. On October 28th, 2021 Mr. Paul emailed Ms. Valoe from a demand letter she sent to Allstate to stop sending out the small $26.52 checks and send out the entire amount leftover from small payments that have been sent out from Allstate since June of 2021. Mr. Paul stated now to Ms. Valoe in his email that her case was closed on June 9th, 2021. And that the case settled, and no more funds will be sent. The small checks of $26.52 is still being sent out this is a slap in Ms. Valoe's face. June 9th, 2021 was the day the Ms. Valoe contacted Ms. Mallek via email asking where her check was since they voided out the original payment in order to pay the full amount to the lienholder. Allstate sent Ms. Valoe the portion of the check that was forced on her taking her right to negotiate by paying the lienholder in full. Ms. Valoe asserts that on March 5th, 2021 she requested a lawyer after speaking to Mr. Paul who informed her that no lawyer was needed and that she was getting the entire amount of the check sent out to her to negotiate. Ms. Valoe states that if she was not going to take most of the funds she would have gotten a lawyer. Its these tactics that is taught to Allstate adjusters by their CEO Thomas Wilson to

take away civil rights of the company paying consumers to negotiate their own liens. My prior claim # 0554750281 and that adjuster Jason Dain specifically told Ms. Valoe that she could not get the check sent out to her for negotiations. This proof is a clear indication that Allstate is playing a dirty game with their own interest at hand to undermine the consumers request to negotiate the liens. Jason Dain the previous adjuster for claim # 0554750281 stated that they could get sued if the lien was not paid in full. The brand that consumers are in good hands is not correct. All this proves is that they can flip it for themselves to make sure they are not sued. Ms. Valoe now regrets that she tried to face these giants head on without a lawyer this has caused more pain and misery. Mr. Paul stated it was the law via email to Ms. Valoe on April 28th, 2021 as to why he was taking Ms. Valoe's right to negotiate and that by law they have to pay the entire amount to the lienholder. Mr. Paul assured after Ms. Valoe requested a lawyer during the call March 5th, 2021 to finish settling the case that Ms. Valoe would be in control of negotiation and would send out different checks to both parties once the negotiation was over. Mr. Paul stressed that Ms. Valoe would have the check in her hand. Due to Ms. Valoe having a prior claim with Allstate the adjuster Jason Dain informed her that they could not send out the check directly for her to negotiate. Ms. Valoe felt safe by accepting the check knowing it was hers to negotiate as another adjuster same company different claim stated they could not send one out for her to negotiate. Not knowing that Mr. Paul was acting out of revenge for making a complaint to his manager Kristina Mallek and wanted to take Ms. Valoe's right to negotiate. If lawyers are able to negotiate on behalf of their clients to keep more in their pockets for whole life a consumer should be able to negotiate on their own for their pain and suffering. On February 25th, 2021 Ms. Valoe made a complaint about how Mr. Paul was handling her claim. Mr. Paul was vacillating on getting Ms. Valoe's claim resolved and was feeling like Mr. Paul was acting in bad faith towards her claim. Ms. Mallek assured that he would receive a complaint against him on his permanent record and that Ms. Valoe's claim would be handled better going forward. On April 12th, 2021 Kristina Mallek wrote a letter confirming that it was Valoe's right to negotiate and it was up to her to resolve the lien with the 3rd party lienholder Benefit Recovery Group and that policy limits were sent out settling the case on March 5th, 2021 when the check was presented for policy limits. On April 19th, 2021 Ms. Valoe sent out a payment to the 3rd party lienholder via certified mail confirming Ms. Mallek's letter saying that it was up to Ms. Valoe to work with the lienholder to settle their lien. Ms. Mallek wrote this letter for Ms. Valoe on April 12th, 2021 and a payment was sent out to the 3rd party lienholder on April 19th, 2021 via certified mail directly from Ms. Valoe. On June 3rd, 2021 Ms. Mallek emailed Ms. Valoe stating what the amount was going to be sent out to her after Mr. Paul took Ms. Valoe's right to negotiate. Ms. Mallek played dirty in this game as she wrote a letter on April 12th, 2021 giving Valoe the right to negotiate then on June 3rd, 2021 confirming a smaller check be mailed out to her via Ms. Valoe's email. Because of the events that Allstate did leading up to taking Ms. Valoe's right to negotiate she was diagnosed with PTSD. Ms. Valoe asserts that Allstate did this to her mental health has made her disabled and now is unable to work. Ms. Valoe has lost a lot and has been delayed and humiliated by the small payments being sent out from Allstate for this claim. Ms. Valoe's income has decreased and has found her foundation falling apart. Please I pray to the higher courts to hold the CEO of Allstate Thomas Wilson accountable for teaching these dirty unfair tactics lying to their consumers for the better gain. Ms. Valoe was trapped in this cycle where one adjuster in two different cases told her something conflicting. Ms. Valoe is asking that the court grant my 300 Million Dollar request. My mind can't fully heal from the trauma we experienced due to delays in payments. Ms. Valoe is also asking that the courts to have Allstate send the entire full amount instead of the $26.62 biweekly payments. Ms. Valoe already paid her lien and shouldn't have to wait for

what Allstate is already paying me. Ms. Valoe is asking for a trial by jury if Allstate can not come to an agreement with her.