# AMENDED COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Danielle M Valoe

v.

(Full name of defendant(s))

Allstate Insurance Company's Allstate Property and Casualty Insurance Company

Case Number:

22cv182

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __4255 N 89th St Milwaukee WI 53222__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Allstate Insurance Company Allstate Property and Casualty Insurance Company__ (Name)

Amended Complaint – 1

is (if a person or private corporation) a citizen of __Illinois__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Allstate Property and Casualty Insurance Company &__
__Allstate Insurance Company__ (Employer's name and address, if known)
See below

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Allstate Insurance Company Claims Service Leader PO Box 660636 Dallas Texas 75266 Kristina Mallek Allstate Insurance Company Julie Parsons Executive Vicepresident 3100 Sanders Rd #a01 Northbrook IL 60062 Allstate Insurance Company John Charles Pintozzi Title Controller 3100 Sanders Rd #201 Northbrook IL 60062 Legal Name for Allstate Property & Casualty Insurance Company: Encompass Home & Auto Insurance Company 3100 Sanders Rd # G4E Northbrook IL 60062 Adjuster Jonathan Paul

Amended Complaint – 2

## Statement of Claim

1. Who violated my rights 2. What they did

Danielle M Valoe plaintiff filing pro-se an amended complaint for Case no. 22-cv-182-pp filed in February 2022. Allstate Insurance Company and its other known entity Allstate Property and Casualty Insurance Company engaged in debt collecting behavior intentionally causing harm to thier Consumer Valoe. Defendants broke thier promise to Valoe in regards to Claim # 0578600421 for loss on 2/17/2020 against her policy issued by Allstate property & Casualty Insurance Company. for a uninsured mortorist Claim. Adjuster Jonathan paul Closed out her Claim Sending Valoe her payment set at policy limits for $50,000. Valoe agreed to this settlement amount asking that Benefit Recovery not be added to her Check she was demanding

full payment. Mr Paul negotiated benefits Recovery lien and made Valoe agree to a said amount $1.00 before sending out her payment. Valoe's claim was closed on March 5th 2021 with Valoe telling Mr Paul her exact intentions she was demanding her payment. Valoe states that her binding contract was complete when she signed her check and cashed it. Julie Parsons & John C Pintozzi signed off on her payment. What happened after this agreement impacted Valoe's life functions including work. Valoe states there is no good reason outside of retaliation as to why Allstate would use thier credentials to request a check back without Valoe's permission. Valoe was fully capable back then to pay off the lien in full on her own accord. Valoe states she was in contact with the medical lien holder who stated

they would accept a lower amount. Valoe offered the lien holder $1.00 sent an additional email to the lien holder waiting for thier response. to see if that amount was ok. Valoe states she had the email address from a prior lien that she paid in full through another claim. Valoe provided evidence to this court that Adjuster Paul ordered Valoes check back from her bank account without her permission and that her account was treated as fraud. Not from obtaining a signature but because Allstate demanded the payment back. The defendants already didnt Calculate Valoes missed wages and her commission Valoe had every right to act as her own lawyer. On June 3rd 2021 Valoe reached out to Kristina Mallek asking where payment was on her closed case from March 5th 2021. Bmo Harriss Bank stated they sent back payable to Allstate and reach out to Adjuster Paul

The Check that was made payable to Allstate from BMO was for $50,000. Valoe sent Mr Paul an email wondering where her payment was. Kristina responded with a lower amount telling Valoe that they are Sending full lien amount to Benefit Recovery Valoe states there was no need to have her Check sent back to Allstate. Defendants unlawful conduct has resaulted in considerable harm to Valoe's mental Health Causing her to loose her good paying job at Waste Management. Allstate obtained money from my account with BMO Hariss using false pretenses. Valoe States that she sent Darius moore the rep for Benefit Recovery group another fax to make sure $1.00 was ok before sending Benefit Recovery group the payment Valoe was willing to send. Valoe states that for the last few years she has been under the care of professionals. Valoe was diagnosis

with PTSD for false allegations on April 17th 2021. Valoe states those are allegations made by the defendants. Its unclear why Allstate would be in contact with the Department of Corrections in regards to Valoe's payment. Valoe states that she was forced to keep and buy Automobile insurance while on probation or that was a violation of her probation. Tony Ignoffo a Bmo rep was working with Valoe in regards to this payment. and said a simple letter from Allstate would get the funds released. Valoe now is seeing its Mr Paul and his credentials that he had from Allstate that made her account go to the fraud department and request it back. Valoe has not recieved confirmation through a letter of guarantee that the lien was paid only a email from Kristina Mallek Allstate Insurance Company from

Amended Complaint – 3

Case 2:22-cv-00182-PP    Filed 04/05/24    Page 7 of 11    Document 17

Dallas TX with the logo attached. Good work. Good life. Good hands. Valoe's money was taken she was not in good hands. Valoe states she did file a complaint with the Wisconsin Office of the Commissioner of Insurance. Valoe states she did not get her April 12th 2021 letter from Allstate until late June. It's unclear if Allstate used its credentials from getting that letter sooner. Allstate the defendants were informed of her talks with the lien holder. Valoe states her bank could of issued her a 2 party check for the lien amount. Valoe told the bank rep to call Allstate. It was Allstate who demanded Valoes check back. Allstate is a foreign profit Corporation doing business in 49 states and Canada It's incorporation state is in Illinois. Valoe states taking her money has caused harm at one point Valoe states she could not

write without anxiety. Its unclear who in Allstate would of spoken to her probation officer. Valoe states she never would of accepted a check and cashed it if the check wasnt hers. Valoe signed an affidavit with BMO claiming on to those funds. Allstate treated Valoe unfairly and she has suffered from this. Valoe was told by Allstate once they got her probation officer involved her rights to her payment was taken. Allstate used thier credentials demanding my check be sent to them. Valoe does not know why Adjuster Paul did this. Valoe was informed by his supervisor that when she did make a complaint it went on paul's record.

Amended Complaint – 3

Case 2:22-cv-00182-PP    Filed 04/05/24    Page 9 of 11    Document 17

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Valoe is seeking $300 million in damages. Valoe feels that is a good amount for all the pain Allstate caused. Valoe kept recieving small checks from Allstate as she was being toyed with. It's like Allstate used the police to get money out my account and then laughed at her by sending her small checks. Valoe is requesting that her check as a demand be direct deposited. She wants a jury trial.

Amended Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 5th day of April 20 24.

Respectfully Submitted,

*Marielle Valoe*

Signature of Plaintiff

414-526-5647

Plaintiff's Telephone Number

_____

Plaintiff's Email Address

C/O Kendall Champion 4255 N 84th St
Milwaukee WI 53222

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

Amended Complaint – 5