UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIELLE M. VALOE,

    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

Case No. 22-cv-182-pp

ALLSTATE INSURANCE COMPANY,
ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,
JOHNATHAN PAUL, KRISTINA MALLEK
and THOMAS WILSON,

    Defendants.

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☒   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED** for failure to state a claim upon which a federal court can grant relief.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 14th day of April, 2025.

    BY THE COURT:

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**

    GINA M. COLLETTI
    Clerk of Court

    s/ *Cary Biskupic*
    (by) Deputy Clerk